UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **25-cr-00382-JLS** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Distribution of a Controlled Substance; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
| EDGAR GUSTAVO ESCAMILLA, | |
| Defendant. | |

Count 1

On or about April 20, 2022, within the Southern District of California, defendant EDGAR GUSTAVO ESCAMILLA, did knowingly and intentionally distribute 50 grams and more, to wit: approximately 872 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

MJS:San Diego:2/6/25

FORFEITURE ALLEGATION

1. The allegations contained in Count 1 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1 of this Information, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant EDGAR GUSTAVO ESCAMILLA, shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Information.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: February 13, 2025.

                                              TARA K. McGRATH
                                              United States Attorney

                                        By: *Matthew Sutton*
                                              MATTHEW J. SUTTON
                                              Assistant U.S. Attorney